THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON FOWLER,

    Plaintiff,                        CASE NO. 8:09-CV-02483-JSM-MAP

v.

REGIONAL ADJUSTMENT BUREAU, INC.

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, JASON FOWLER, and Defendant, REGIONAL ADJUSTMENT BUREAU, INC., stipulate, and the Court hereby orders, as follows:

1.     The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, JASON FOWLER, against Defendant, REGIONAL ADJUSTMENT BUREAU, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: July 6, 2010                    KROHN & MOSS, LTD.

                                                 /s/ James Pacitti

                                           James Pacitti
                                           Krohn & Moss, Ltd.
                                           10474 Santa Monica Blvd., Suite 401

This motion/petition/stipulation has been duly    Los Angeles, CA 90025
considered and is hereby **GRANTED**          Ph: (323) 988-2400
this **15** day of **JULY**, 20**10**.                jpacitti@consumerlawcenter.com
                                           Attorneys for Plaintiff
_____             FBN: 119768
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE                     Attorney for Plaintiff,
                                           JASON FOWLER